1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744



OCT - 8 2008



BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   CR. NO. S-08-0399 LKK
                                    )
            Plaintiff,              )   Request For Unsealing of
                                    )   Indictment and Arrest Warrant and
      v.                            )   ~~[proposed]~~ Order
                                    )
TAREK JILANI,                       )
   aka Tarek Jilany,                )
                                    )
            Defendant.              )
_____)

TO THE HONORABLE KIMBERLY J. MUELLER, UNITED STATES MAGISTRATE JUDGE:

COME NOW Philip A. Ferrari, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On August 28, 2008, the Honorable Dale A. Drozd issued an order sealing the Indictment in the above-referenced case until the arrest of the defendant.

2. The Government has determined that unsealing the Indictment and arrest warrant will further its efforts to locate and apprehend the defendant, and that this benefit outweighs the risk that the

1  defendant or his family will learn of the pending charges.

2  THEREFORE, your petitioner prays that the aforesaid Indictment
3  and arrest warrant be unsealed and made part of the public record.

5  Dated: October 7, 2008                Respectfully submitted,

   McGREGOR W. SCOTT
   U.S. ATTORNEY

   by: /s/ Philip A. Ferrari
   PHILIP A. FERRARI
   Assistant U.S. Attorney

14  The Court hereby orders that the Indictment in case no S-08-
15  0399 LKK, as well as the arrest warrant issue in that case, be
16  unsealed and made part of the public record.

18  DATED: 10/7/08

   /s/ Kimberly J. Mueller
   HON. KIMBERLY J. MUELLER
   United States Magistrate Judge