IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>TAREK JILANI,<br>    aka Tarek Jilany,<br><br>                  Defendant. | CASE NO.  2:08-CR-0399 WBS<br><br>ORDER |

    Pursuant to Federal Rule of Criminal Procedure 48(a), leave to dismiss the pending indictment is hereby given.  The government's motion is granted and the indictment is dismissed.

    IT IS SO ORDERED.

Dated:  April 15, 2022

                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE